341 F.2d 300
 Gerhard Willy GAWANTKA, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE.
 No. 15141.
 United States Court of Appeals Third Circuit.
 Submitted Feb. 12, 1965.
Decided Feb. 26, 1965.
 
 Gerhard Willy Gawantka, pro se.
 Merna B. Marshall, Asst. U.S. Atty., Philadelphia, Pa., for respondent.
 Before KALODNER, STALEY and FREEDMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 On review of the record we find no error.
 
 
 2
 The Order of the Board of Immigration Appeals will be affirmed.